## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Deontae Coleman, Debtor                                    Case No. 18-00743-KMS
                                                                                           **CHAPTER 13**

## **NOTICE**

    Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before February 24, 2023 (30 days), you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 25, 2023          Signature:   /s/ Thomas C. Rollins, Jr.
                                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                                      Jennifer Ann Curry Calvillo (MSBN 104367)
                                                      The Rollins Law Firm, PLLC
                                                      P.O. Box 13767
                                                      Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Deontae Coleman, Debtor            Case No. 18-00743-KMS
                                                                           CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 2/28/2018 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor wishes to extend the terms of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).
    a. Under this case, the debtors' due date if the first plan payments under the confirmed plan was used as the start of the 60-month statutory deadline. Judge Olack ordered the plan to be extended to 60 months after this date, not the date of filing.
3. Debtor's first plan payment after confirmation was due May 2018. Debtor wishes to extend the terms of this case to April 2023.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                       Respectfully submitted

                                       /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  DEONTAE COLEMAN | CASE NO: 18-00743<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/25/2023, I did cause a copy of the following documents, described below,

21 Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/25/2023

/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr  103469

The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 18-00743 |
|---|---|
| DEONTAE COLEMAN | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 1/25/2023, a copy of the following documents, described below,

21 Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 18-00743<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED JAN 25 11-59-51 PST 2023 | USAA FEDERAL SAVINGS BANK<br>CO WEINSTEIN  RILEY  PS<br>2001 WESTERN AVE  STE 400<br>SEATTLE  WA 98121-3132 | WELLS FARGO BANK  NA<br>1000 BLUE GENTIAN ROAD<br>MAC N9286-01Y<br>EAGAN  MN 55121-1663 |
| EXCLUDE<br>US BANKRUPTCY COURT<br>501 EAST COURT STREET  SUITE 2300<br>PO BOX 2448<br>JACKSON  MS 39225-2448 | CAPITOL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY  CA 91716-0599 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO  IL 60604-2863 |
| CREDITONE BANK<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 | ELIZABETH H PARROTT<br>WEINSTEIN  RILEY  PS<br>PO BOX 23408<br>NASHVILLE  TN 37202-3408 | ELIZABETH CROWELL<br>DEAN MORRIS  LLC<br>2309 OLIVER ROAD<br>MONROE  LA 71201-2932 |
| FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | LVNV FUNDING  LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES  LLC AND FNBM  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MEIDIAN ANG FCU<br>PO BOX 4232<br>MERIDIAN  MS 39304-4232 |
| MERIDIAN MS ANG FEDERAL CREDIT UNION<br>POST OFFICE BOX 4232 WSS<br>MERIDIAN  MS 39304-4232 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT  INC AS AGENT<br>FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN  MI 48090-2011 | ONEMAIN FINANCIAL SERVICES  INC AS SERVICER<br>FOR SPRINGLEAF FUNDING TRUST 2016A<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| ONEMAIN FINANCIAL<br>2514 RIVERBIRCH DR<br>STE 118<br>MERIDIAN  MS 39307 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | USAA FSB<br>PO BOX 47504<br>SAN ANTONIO  TX 78263 |
| USAA FEDERAL SAVINGS BANK<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA<br>10700 ABBOTTS BRIDGE ROAD  SUITE 170<br>DULUTH  GA 30097-8461 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | WELLS FARGO<br>PO BOX 51162<br>LOS ANGELES  CA 90051-5462 |
| WELLS FARGO BANK  NA<br>2309 OLIVER ROAD<br>MONROE  LA 71201-2932 | WELLS FARGO BANK  NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS  MN 55440-1629 | EXCLUDE<br>DAVID RAWLINGS<br>DAVID RAWLINGS  CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG  MS 39403-0566 |

DEBTOR

| | |
|---|---|
| DEONTAE COLEMAN<br>7570 CARDINAL DR<br>MARION  MS 39342-8211 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 |

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on January 30, 2023, to:

By Electronic CM/ECF Notice:

    Chapter 13 case trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.